# ❖ Rockland County
**Ed Day, Rockland County Executive**

---

### OFFICE OF THE COUNTY ATTORNEY
11 New Hempstead Road
New City, New York 10956
Phone: (845) 638-5180   Fax: (845) 638-5676

**Thomas E. Humbach**
*County Attorney*

November 26, 2019

***Via ECF***
Hon. Kathryn H. Vratil
Southern District of New York
300 Quarropas street
White Plains, New York 10601-4150

Re:   *Cole-Hatchard, et al. v. County of Rockland, et al.*
      Civil Action No.: 7:17-cv-02573(KMK/JCM)

Dear Judge Vratil:

This office represents the defendants in the above-referenced matter.

I am writing to request permission for the use of electronics in the Courtroom during the course of trial which is sent for December 2, 2019.

I further request that Your Honor issue an Order, attached hereto, granting counsel for the defendants, Larraine S. Feiden and Charlotte Ramsey, permission to use the listed electronics on the attached proposed order.

Respectfully submitted,

*Larraine S. Feiden*
Larraine S. Feiden
Principal Assistance County Attorney
LF/mre
Attachment
2017-01332

cc:   All counsel of record (via ECF)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- x

IN THE MATTER OF AN APPLICATION
TO BRING PERSONAL ELECTRONIC DEVICE(S)
OR GENERAL PURPOSE COMPUTING DEVICE(S)
INTO THE COURTHOUSES OF THE
SOUTHERN DISTRICT OF NEW YORK
FOR USE IN A PROCEEDING OR TRIAL
--------------------------------------------------------------- x

      The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised. Upon submission of written application to this Court, it is hereby

      ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned  Cole-Hatchard, et al. v. County of Rockland, et al.

_____, No. 17-cv-2573 .

The date(s) for which such authorization is provided is (are)  December 2, 2019 until the end of trial  .

| Attorney | Device(s) |
|---|---|
| 1. Larraine S. Feiden | laptop |
| 2. Charolette Ramsey | laptop |
| 3. | |

*(Attach Extra Sheet If Needed)*

      The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse. Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

      SO ORDERED:

Dated: _____

                                                       _____
                                                       United States Judge