# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANN COLE-HATCHARD et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>COUNTY OF ROCKLAND et al., )<br>)<br>)<br>Defendants. )<br>_____) | CIVIL ACTION<br><br>No. 17-2573-KHV |

## ORDER

Defendants' Letter Motion For Extension Of Time (Doc. #102) filed April 1, 2020 is **granted** for substantially the reasons stated in the motion. Opposition papers to plaintiffs' pending Rule 50(a) Motion (Doc. #98), will now be due by April 20, 2020, with reply papers to be filed by May 4, 2020.

**IT IS SO ORDERED**.

Dated this 1st day of April, 2020 at Kansas City, Kansas.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge