IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANN COLE-HATCHARD et al.,    )<br>  )<br>   Plaintiffs,    )<br>  )<br>v.    )<br>  )<br>KATHLEEN TOWER-BERNSTEIN et al.,    )<br>  )<br>   Defendants.    )<br>_____)   | CIVIL ACTION<br><br>No. 17-2573-KHV |

## ORDER

The new trial on the issue of damages is set for <u>November 8, 2021</u> in a courtroom to be determined of the Daniel Patrick Moynihan Courthouse in Foley Square before Visiting Judge Kathryn H. Vratil.  More details to come closer to trial.  This trial date is subject to change depending on factors outside the Court's control relating to the coronavirus pandemic.

**IT IS SO ORDERED.**

Dated this 25th day of February, 2021 at Kansas City, Kansas.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge

1