IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANN COLE-HATCHARD, et al.,       ) | |
|                                                             ) | |
|                  **Plaintiffs,**                 ) | |
|                                                             ) | CIVIL ACTION |
| v.                                                        ) | |
|                                                             ) | No. 17-cv-02573-KHV |
| KATHLEEN TOWER-BERNSTEIN, et al.  ) | |
|                                                             ) | |
|                  **Defendants.**              ) | |
| _____) | |

**ORDER**

The Court sets a telephonic status conference in this case for September 7, 2021 at 2 PM.

Parties are to call (888) 363-4749 and enter access code 1654737 to join the conference.

**IT IS SO ORDERED.**

Dated this 30th day of August, 2021 at Kansas City, Kansas.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge

1