# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANN COLE-HATCHARD, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION |
| v. ) | |
| ) | No. 17-cv-02573-KHV |
| KATHLEEN TOWER-BERNSTEIN, et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

On October 15, 2021, the Court issued an Order To Show Cause (Doc. #134) as to why it should not stay further action in this case pending resolution of the interlocutory appeal. The parties filed responses on October 20, 2021 indicating that there is no opposition to a stay of proceedings. Therefore, the Court **stays** further proceedings in this matter and the jury trial currently set to begin on November 8, 2021 is **postponed** pending further order of the Court. No later than 14 days after the resolution of the appeal, the parties shall notify the Court that they are ready to proceed with this action.

**IT IS SO ORDERED.**

Dated this 21st day of October, 2021 at Kansas City, Kansas.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge