IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANN COLE-HATCHARD, et al., ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> v. ) <br> ) <br> KATHLEEN TOWER-BERNSTEIN, et al. ) <br> ) <br> **Defendants.** ) <br> ) | CIVIL ACTION <br><br> No. 17-cv-02573-KHV |

**ORDER**

Pursuant to the jury's Verdict (Doc. #93) filed February 24, 2020 and the Second Circuit's Opinion (Doc. #138) filed March 7, 2023, the Court directs the Clerk to enter judgment in favor of defendants.

**IT IS SO ORDERED.**

Dated this 23rd day of March, 2023 at Kansas City, Kansas.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge

1